United States Bankruptcy Court
District of Nevada

SHAPIRO,
Plaintiff
WELLS FARGO BANK, N.A.,
Defendant

Adv. Proc. No. 20-01147-abl

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: castellan | Page 1 of 3
Date Rcvd: Jul 14, 2021 | Form ID: reopenap | Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | LINDSAY P. S. KOLBA, 300 LAS VEGAS BLVD SOUTH, SUITE 4300, LAS VEGAS, NV 89101-5803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jul 14 2021 23:22:00 | ANTONIA G DARLING, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jul 14 2021 23:22:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Jul 14 2021 23:22:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jul 14 2021 23:22:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Jul 14 2021 23:22:00 | CAMERON M. GULDEN, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jul 14 2021 23:22:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Jul 14 2021 23:22:00 | JOHN W. NEMECEK, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jul 14 2021 23:22:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMANDA M. PERACH | on behalf of Creditor MARY CASSIDY aperach@mcdonaldcarano.com kkirn@mcdonaldcarano.com |
| AMANDA M. PERACH | on behalf of Creditor JOSEPH CASSIDY aperach@mcdonaldcarano.com kkirn@mcdonaldcarano.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor HSBC BANK USA USA N.A. bgriffith@swlaw.com docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com |
| BRIAN D. SHAPIRO | brian@trusteeshapiro.com nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com |
| CLARISSE CRISOSTOMO | on behalf of Trustee BRIAN D. SHAPIRO clarisse@nv-lawfirm.com bknotices@nv-lawfirm.com |
| CLARISSE CRISOSTOMO | on behalf of Plaintiff BRIAN D. SHAPIRO clarisse@nv-lawfirm.com bknotices@nv-lawfirm.com |
| DARREN T. BRENNER | on behalf of Defendant BANK OF AMERICA N.A. dbrenner@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net |
| DAVID A. CARROLL | on behalf of Creditor HARMON GAMING COMPANY INC. dcarroll@rrsc-law.com, gmccrea@rrsc-law.com;adiraimondo@rrsc-law.com;ropdyke@rrsc-law.com |
| DAWN M. CICA | on behalf of Defendant AMERICAN EXPRESS NATIONAL BANK dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com |
| DAWN M. CICA | on behalf of Defendant BMW FINANCIAL SERVICES NA LLC dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com |
| GERALD M GORDON | on behalf of Petitioning Creditor JULIE RUSSELL ggordon@gtg.legal bknotices@gtg.legal |
| GERALD M GORDON | on behalf of Petitioning Creditor GRANT WHITCHER ggordon@gtg.legal bknotices@gtg.legal |
| GERALD M GORDON | on behalf of Petitioning Creditor JAMES RUSSELL ggordon@gtg.legal bknotices@gtg.legal |
| J CHRISTOPHER JORGENSEN | on behalf of Interested Party SYNCHRONY BANK cjorgensen@lrrc.com ajaramillo@lrrc.com,jhelm@lrrc.com,j-christopher-jorgensen-3517@ecf.pacerpro.com |
| J CHRISTOPHER JORGENSEN | on behalf of Defendant SYNCHRONY BANK cjorgensen@lrrc.com ajaramillo@lrrc.com,jhelm@lrrc.com,j-christopher-jorgensen-3517@ecf.pacerpro.com |
| JAMES B. BALL | on behalf of Creditor WELLS FARGO BANK N.A. bkecf@bsmplc.com |
| JEANETTE E. MCPHERSON | on behalf of Interested Party SHELLEY D. KROHN bkfilings@s-mlaw.com |
| JEANETTE E. MCPHERSON | on behalf of Interested Party SHELLEY D KROHN bkfilings@s-mlaw.com |

JEFFREY S. ALLISON
on behalf of Defendant PHH MORTGAGE CORPORATION jallison@houser-law.com jblanco@houser-law.com

JENNIFER L. MCBEE
on behalf of Defendant WELLS FARGO BANK N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com

MARK M. WEISENMILLER
on behalf of Petitioning Creditor JAMES RUSSELL mweisenmiller@gtg.legal bknotices@gtg.legal

MARK M. WEISENMILLER
on behalf of Petitioning Creditor GRANT WHITCHER mweisenmiller@gtg.legal bknotices@gtg.legal

MARK M. WEISENMILLER
on behalf of Petitioning Creditor JULIE RUSSELL mweisenmiller@gtg.legal bknotices@gtg.legal

MICHAEL A DIGIACOMO
on behalf of Defendant JPMORGAN CHASE BANK N.A. digiacomom@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com

MICHAEL A DIGIACOMO
on behalf of Creditor JPMORGAN CHASE BANK N.A. digiacomom@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com

RAMIR M. HERNANDEZ
on behalf of Defendant CAPITAL ONE BANK (USA) NATIONAL ASSOCIATION rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
on behalf of Defendant BANK OF AMERICA N.A. rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

ROBERT E. ATKINSON
on behalf of Trustee BRIAN D. SHAPIRO robert@nv-lawfirm.com bknotices@nv-lawfirm.com

ROBERT E. ATKINSON
on behalf of Plaintiff BRIAN D. SHAPIRO robert@nv-lawfirm.com bknotices@nv-lawfirm.com

ROBERT E. ATKINSON
on behalf of Plaintiff BRIAN D SHAPIRO robert@nv-lawfirm.com bknotices@nv-lawfirm.com

RYAN J. WORKS
on behalf of Creditor JOSEPH CASSIDY rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS
on behalf of Creditor MARY CASSIDY rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

TALITHA B. GRAY KOZLOWSKI
on behalf of Petitioning Creditor JAMES RUSSELL tgray@brg.legal bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Petitioning Creditor GRANT WHITCHER tgray@brg.legal bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Petitioning Creditor JULIE RUSSELL tgray@brg.legal bknotices@gtg.legal

TRACY M. O'STEEN
on behalf of Defendant BMW FINANCIAL SERVICES NA LLC tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN
on behalf of Defendant AMERICAN EXPRESS NATIONAL BANK tosteen@carlyoncica.com crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TYSON E. HAFEN
on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION tehafen@duanemorris.com jldailey@duanemorris.com;AutoDocketLV@duanemorris.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 39

NVB 5010−1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

SATTCOM VIDEO, LLC ,
Debtor(s)

BK−18−16467−abl
CHAPTER 7

Adversary Proceeding: 20−01147−abl

BRIAN D. SHAPIRO
Plaintiff(s)

vs

WELLS FARGO BANK, N.A.
Defendant(s)

ORDER REOPENING
ADVERSARY PROCEEDING

Pursuant to 11 U.S.C. Section 350(b),the Court on its own motion resumes jurisdiction of the above entitled proceedings for administrative purposes. This case is being reopened for the following reason(s):

Closed prematurely

No notice being required, no adverse interests being represented, and good cause appearing, **IT IS ORDERED** that the closing of the case is vacated and set aside.

Dated: 7/14/21

Mary A. Schott
Clerk of Court